**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (State Bar No. 118694)**
**SILKY SAHNAN (State Bar No. 242850)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
**RONITA PRASAD**

## IN THE UNITED STATES DISTRICT

## COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:09-MJ-0239-DAD |
| ) | |
| Plaintiff, ) | **SUBSTITUTION OF ATTORNEY** |
| ) | |
| vs. ) | |
| ) | |
| RONITA PRASAD ) | |
| ) | |
| Defendant ) | |

The defendant, RONITA PRASAD, by and through her current Attorney of Record Assistant Federal Defender Dennis S. Waks, hereby substitutes Johnny L. Griffin III and the Law Offices of Johnny L. Griffin III, 1010 F Street, Suite 200, Sacramento, CA 95814, (916) 444-5557 as her Attorney of Record in place and stead of Assistant Federal Defender Dennis S. Waks.

Dated: September 15, 2009    ss//Dennis S. Waks
                             DENNIS S. WAKS
                             Assistant Federal Defender


Dated: September 15, 2009    ss/ Ronita Prasad
                             RONITA PRASAD
                             Defendant

SUBSTITUTION OF ATTORNEY - 1

I accept the above substitution.

Dated:  September 15, 2009         ss// Johnny L. Griffin, III
                                   JOHNNY L. GRIFFIN, III
                                   Attorney at Law

**IT IS SO ORDERED.**

Dated: September 16, 2009     /s/ Gregory G. Hollows
                              _____
                                   Hon.
                                   U.S. Magistrate Judge

Prasad.ord