**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (State Bar No. 118694)**
**SILKY SAHNAN (State Bar No. 242850)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
**RONITA PRASAD**

## IN THE UNITED STATES DISTRICT

## COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:09-478- JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | **DATE: March 30, 2010** |
| RONITA PRASAD | **Time: 9:30 a.m.** |
| Defendant. | **Hon. John A. Mendez** |

Defendant RONITA PRASAD, by and through her undersigned counsel, Johnny L. Griffin, III and the United States of America, through Assistant United States Attorney Michelle Rodriguez, hereby agree and stipulate to continue the status conference in the above captioned case from March 30, 2010 to April 13, 2010 at 9:30 a.m.[1] This continuance is requested because counsel for Defendant needs additional time to finalize the terms and conditions of the plea agreement with counsel for the Government.

The parties further agree and stipulate that time be excluded from March 30, 2010 to April 13,  2010 pursuant to Local Code T4 and T2, and 18 U.S.C. §3161(h)(7)(B)(iv).

---

[1] The parties have been advised by this Court's Clerk that April 13, 2010 at  9:30 a.m. is an available date and time for a status conference on this matter.

1

PDF created with pdfFactory trial version www.pdffactory.com

Dated: March 29, 2010				Respectfully submitted,

						/s/ Michelle Rodriguez[2]
						MICHELLE RODRIGUEZ
						Assistant United States Attorney


						/s/ Johnny L. Griffin, III
						JOHNNY L. GRIFFIN, III
Dated: March 29, 2010				Attorney for Prasad

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the best interests of the public and the Defendants in a speedy trial.

**IT IS SO ORDERED.**

Dated:   March 29, 2010			/s/ John A. Mendez
						Hon. John A. Mendez
						United States District Court Judge

---

[2] Assistant United States Attorney Michelle Rodriguez telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on her behalf.

2

PDF created with pdfFactory trial version www.pdffactory.com